AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS



**FILED**

JUL 26 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA

v.

W. DAVID ROMMEL

## JUDGMENT OF ACQUITTAL

CASE NUMBER:   03CR40086-JPG

The Defendant was found not guilty on Count 2, Count 3, Count 6, Count 8 and Count 14 of the Indictment. IT IS HEREBY ORDERED that the Defendant is acquitted and discharged of Counts 2, 3, 6, 8 and 14 of the Indictment.

_____
Signature of Judge

J. Phil Gilbert, District Judge
Name and Title of Judge

7/26/2005
Date