UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No.  4:03CR40086-001-JPG |
| ) | |
| v. ) | |
| ) | |
| W. David Rommel, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ================================== ) | |
| Crossroads Hospital, ) | |
| ) | |
| Garnishee. ) | |

**GARNISHEE ORDER**

      A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on <u>February 23, 2006</u>, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, and that garnishee is indebted to defendant for rent as it becomes due and payable.

      On <u>February 8, 2006</u>, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

      IT IS ORDERED that Garnishee pay the net proceeds of any and all monies received from the rental property, further identified as 320 North Main Street, Suite A, Benton, Illinois, to plaintiff, and continue said payments until the debt to the plaintiff is paid in full or

until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.  All payments are to be made payable to the Clerk of the District Court and mailed to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**DATED: March 21, 2006**

   **/s/ J. Phil Gilbert**
**J. Phil Gilbert**
**United States District Judge**